IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 6:16-CR-03027-01-MDH |
| MATTHEW PRICE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion to Suppress Evidence (Doc. 24), the Government's Response in Opposition to the Motion to Suppress (Doc. 27), the Report and Recommendation of the United States Magistrate Judge (Doc. 34), and Defendant's Objections to the Report and Recommendations of the United States Magistrate Court. (Doc. 38). The Court also has reviewed the transcript from the September 27, 2016, hearing before the United States Magistrate Judge on the motion to suppress. (Doc. 33).

After a careful and independent review of the parties' submissions, the Report and Recommendation, and Defendant's objections to the same, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 34) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress. (Doc. 24).

IT IS SO ORDERED:
**Date: March 2, 2017**

                                                    */s/ Douglas Harpool*
                                                    **DOUGLAS HARPOOL**
                                                    **UNITED STATES DISTRICT JUDGE**

1

Case 6:16-cr-03027-MDH   Document 39   Filed 03/02/17   Page 1 of 1